UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Program Rewards Solutions LLC
                          Plaintiff,        10 CV 1561 (RJS)

     -against-
Points International Ltd.
                          Defendant.
------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

[✓] I have cases pending          [ ] I have no cases pending

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __BENJAMIN SAHL__

[ ] Attorney

  [ ] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is:_____; My State Bar Number is:_____

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[✓] Law Firm/Government Agency Association

  From: __LATHAM & WATKINS LLP__

  To: __COWAN, LIEBOWITZ & LATMAN, P.C.__

  [✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[✓] Address:  __COWAN, LIEBOWITZ & LATMAN, P.C.__
              __1133 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-6799__

[✓] Telephone No.:  __(212) 790-9200__

[✓] Fax No.:  __(212) 575-0671__

[✓] E-Mail Address:  __BXS@CLL.COM__

Dated: __October 11, 2010__                    __[signature]__
                                               ATTORNEY'S SIGNATURE