UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

PROGRAM REWARDS SOLUTIONS LLC,

                    Plaintiff,

-against-

POINTS INTERNATIONAL LTD.,

                    Defendant.
-------------------------------------------------------------- x

POINTS INTERNATIONAL LTD.,

                    Counterclaim-Plaintiff,

-against-

PROGRAM REWARDS SOLUTIONS LLC and
BERNARD R. BAKER, III,

                    Counterclaim-Defendants.
-------------------------------------------------------------- x

10 Civ. 1561 (RJS) (HBP)

**<u>NOTICE OF APPEARANCE</u>**

        PLEASE TAKE NOTICE that the undersigned appears as attorney for Defendant/Counterclaim-Plaintiff Points International Ltd. herein, and requests that copies of all papers in this action be served upon her at the address stated below.

Dated: New York, New York
       December 2, 2010

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By:    s/Catriona M. Collins        
Catriona M. Collins (CC9740)
1133 Avenue of the Americas
New York, NY 10036-6799
(212) 790-9200
Email: cmc@cll.com

Attorneys for Defendant/Counterclaim-Plaintiff
Points International Ltd.