UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Program Rewards Solution LLC     Plaintiff,

10 Civ 1561 (RJS) (HBP)

-against-

Points International Ltd     Defendant.
----------------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Catriona M. Collins

[ ] Attorney

    [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: CC9740 ; My State Bar Number is: _____

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

    From: Cohen & Gresser LLP

    To: Cowan Liebowitz & Latman, P.C.

    [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address: 1133 Avenue of the Americas,
New York, NY 10036-6799

[X] Telephone No.: (212) 790-9233

[X] Fax No.: (212) 575-0671

[X] E-Mail Address: CMC@CLL.COM

Dated: December 2, 2010

_Catriona Collins_
ATTORNEY'S SIGNATURE