UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/10
```

PROGRAM REWARDS SOLUTIONS LLC,

                Plaintiff,

-v-

POINTS INTERNATIONAL LTD.,

                Defendant.

No. 10 Civ. 1561 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

By Order dated July 7, 2010, the Court approved the Case Management Plan (CMP) jointly proposed by the parties, which included a deposition deadline of October 22, 2010 and a fact discovery deadline of December 15, 2010. The Court is now in receipt of a joint letter dated December 8, 2010, requesting the Court to extend the close of fact discovery from December 15, 2010 to May 13, 2011 due to "unexpected delays in deposition scheduling because of unresolved issues concerning document production and the sufficiency of certain privilege logs." To the extent the parties' failure to comply with the CMP is predicated on the existence of unresolved discovery disputes, the parties should have availed themselves of Rule 2.G of the Court's Individual Practices, which requires discovery disputes to be promptly submitted to the Court by joint letter. The parties' failure to do so does not entitle them to additional time beyond the provisions of the CMP. Accordingly, the adjournment request is HEREBY DENIED. The discovery schedule set forth in the CMP dated July 7, 2010 shall remain in effect.

SO ORDERED.
Dated:      December 9, 2010
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE