UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Jean-Marc Zimmerman
Law Offices of Jean-Marc Zimmerman LLC
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
jmzimmerman@lawofficesjmz.com

Attorneys for Plaintiff Program Rewards Solutions LLC
and Counterclaim Defendant Bernard R. Baker, III

------------------------------------------------------------------ x
PROGRAM REWARDS SOLUTIONS LLC,

              Plaintiff,                           CASE NO.
   -against-                                10 Civ. 1561 (RJS) (HBP)

POINTS INTERNATIONAL LTD.,

              Defendant.
------------------------------------------------------------------ x
POINTS INTERNATIONAL LTD.,

              Counterclaim-Plaintiff,          NOTICE OF NAME CHANGE

   -against-

PROGRAM REWARDS SOLUTIONS LLC and
BERNARD R. BAKER, III,

              Counterclaim-Defendants.
------------------------------------------------------------------ x

      Please take notice that the firm name of counsel for Plaintiff Program Rewards Solutions LLC and Counterclaim Defendant Bernard R. Baker, III has changed from Zimmerman & Levi, L.L.P. to Law Offices of Jean-Marc Zimmerman LLC whose address and contact information are:

226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
e-mail: jmzimmerman@lawofficesjmz.com

By: /s/Jean-Marc Zimmerman
Law Offices of Jean-Marc Zimmerman LLC
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

Date:  January 7, 2011
       Westfield, New Jersey