LAW OFFICES OF
JEAN-MARC ZIMMERMAN
226 ST PAUL STREET
WESTFIELD, NEW JERSEY 07090

TEL: (908) 654 8000
FAX (908) 654 7207

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/11

WRITER'S E-MAIL
jmzimmerman@lawofficesjmz.com

**MEMO ENDORSED**

March 1, 2011

Hon. Richard L. Sullivan, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 615
New York, NY 10007

Re:  *Program Rewards Solutions LLC v. Points International Ltd.*
     Case No. 10 Civ 1561 (RJS)

Dear Judge Sullivan:

I represent the plaintiff Program Rewards Solutions LLC in the above-identifed matter. Pursuant to the Court's Scheduling Order dated July 7, 2010, the parties are to simultaneosuly serve and file their rebuttal claim construction briefs tomorrow, March 2, 2011.

Due to a family emergency, I am writing with the consent of defendant Points International Ltd.'s counsel Catriona M. Collins of Cowan, Liebowitz to request a one week extension until Wednesday, March 9, 2011 for the parties to submit their briefs.

Thank you for considering this request.

Respectfully submitted,

Jean-Marc Zimmerman

JMZ:nm
cc: Catriona M. Collins, Esq.

SO ORDERED.
Dated: 3/1/11

RICHARD J. SULLIVAN
U.S.D.J.